

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-23-2014

# In Re: Dumont Bush

Precedential or Non-Precedential: Non-Precedential

Docket 13-4614

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"In Re: Dumont Bush " (2014). *2014 Decisions.* Paper 92.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/92

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

ALD-113                                                                              **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-4614
_____

IN RE:  DUMONT BUSH,
                                                    Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to Crim. No. 2-95-cr-00407-006)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 9, 2014

Before:  RENDELL, FISHER and GREENAWAY, JR., <u>Circuit</u> <u>Judges</u>

(Opinion filed: January 23, 2014)
_____

O P I N I O N
_____

PER CURIAM

        On November 26, 2012, Dumont Bush filed a motion to correct clerical error

pursuant to Federal Rule of Criminal Procedure 36.  On December 2, 2013, Bush filed the

present petition for a writ of mandamus asking us to compel the District Court to rule

upon that motion.  The District Court entered an order denying Bush's motion on

December 12, 2013.  Accordingly, we will deny the mandamus petition as moot.